1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  DANA R. WAGNER (CSBN 209099)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3709
7
   Attorneys for the United States
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12 | UNITED STATES OF AMERICA        )    No. CR 05-00130 DLJ
                                     )
13 |      v.                         )
                                     )
14 | WILBERT WILLIAMS,               )
                                     )
15 |      Defendants.                )
                                     )
16 |_____   )
   | UNITED STATES OF AMERICA,       )    No. CR 05-00131 DLJ
17 |                                 )
   |      v.                         )
18 |                                 )    JOINT MOTION AND [PROPOSED]
   | KENNETH ALLEN and               )    ORDER TO MODIFY TRIAL DATE
19 | WILBERT WILLIAMS,               )    AND EXCLUDE TIME
                                     )
20 |      Defendants.                )
                                     )
21 |_____   )
   | UNITED STATES OF AMERICA,       )    No. CR 05-00132 DLJ
22 |                                 )
   |      v.                         )
23 |                                 )
   | WILBERT WILLIAMS,               )
24 |                                 )
   |      Defendants.                )
25 |_____   )

26       On June 10, 2005, the Court set trial in the above-captioned matters to begin on

27 Monday, August 22, 2005, at 9:00 a.m. Shortly thereafter, counsel for the United States

28 became aware of a scheduling conflict with that date. Counsel for the United States

Mot. and [Proposed] Order to Modify Trial Date

therefore respectfully requests that the beginning date for the trial be moved one day, to Tuesday, August 23, 2005, to ensure continuity of counsel. The United States has consulted with counsel for both defendants, and both of them consent to and join this request. The parties all anticipate that, even with this modification in the trial date, the trial will still be completed before the end of the week. The parties do not request any changes in the pre-trial motions and conference schedule already set.

Because the requested modification of the trial date is to provide for continuity of counsel, the parties jointly submit that the one-day period between August 22, 2005, and August 23, 2005, should be excluded from the calculation of time under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by excluding that time period outweigh the best interests of the public and the defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

DATED: June 14, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Dana Wagner

DANA R. WAGNER
Assistant United States Attorney

//
//
//
//
//
//
//
//

For the reasons set forth above, the Court finds that the trial date for the above-captioned matters should be moved from August 22, 2005, to August 23, 2005. Also for the reasons set forth above, the Court finds and holds that the ends of justice served by excluding the intervening time outweigh the best interests of the public and the Defendant in the rights set forth under the Speedy Trial Act. <u>See</u> 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the trial date shall be moved to August 23, 2005, at 9:00 a.m., and that the time from August 22, 2005, to August 23, 2005, shall be excluded for the purposes of computing time within the Speedy Trial Act.

IT IS SO ORDERED:

Dated: June 15, 2005

D. LOWELL JENSEN
United States District Judge