Richard A. Tamor, Esq.
TAMOR & TAMOR
Lake Merritt Plaza
1999 Harrison St., Suite 1400
Oakland, CA 94612
Telephone (510) 874-4170
Facsimile (510) 874-4174
www.TamorLaw.com

Attorneys for Defendant
KENNETH ALLEN

**FILED**
SEP 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
SEP 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENETH ALLEN, et al.<br><br>Defendants | Case No. CR 05-000131 DLJ (WDB)<br><br>APPLICATION FOR ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT ALLEN TO WORK; [PROPOSED] ORDER |

Defendant KENNETH ALLEN respectfully requests an Order modifying his conditions of release to allow him to work.

1. U.S. Pre-Trial Services is currently supervising Mr. Allen who is currently on home detention with electronic monitoring. Mr. Allen's current release conditions do not allow him to work.

2. Mr. Allen currently owes at least one fine for an Alameda County Superior Court matter and he has no income whatsoever. Moreover, Mr. Allen has miscellaneous living expenses that must be paid, including expenses related to his teenage daughter.

///

Cc: WDB's Stats, Frances
Pretrial, Financial

1

3. I have spoken with Mr. Allen's Pre-trial Services Officer, Richard Sarlatte. Mr. Sarlatte said that Mr. Allen has been doing well on pre-trial services release and that he has no objection to Mr. Allen's release conditions being modified to allow him to work.

4. I have spoken to AUSA Dana Wagner, the prosecutor in this matter, and AUSA Wagner had no objection to Mr. Allen's release conditions being modified to allow him to work.

5. I have spoken to Margaret Allen and Gary Lee Upshaw, who are the sureties for Mr. Allen, and they have no objection to Mr. Allen's release conditions being modified to allow him to work.

Dated: September 27, 2005

Respectfully Submitted,
TAMOR & TAMOR

By: Richard A. Tamor, Esq.
Attorneys for Defendant,
KENNETH ALLEN

## ORDER

FOR GOOD CAUSE SHOWN,

Defendant, KENNETH ALLEN'S APPLICATION FOR ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT ALLEN TO WORK is GRANTED.

Mr. Allen shall be allowed to work as directed and supervised by Pre-Trial Services. All other terms and conditions of Mr. Allen's release shall remain the same.

Dated: September 28, 2005

Hon. Wayne D. Brazil
United States Magistrate Judge

Application for Order Modifying Term's of Pre-Trial Release- *US v. Kenneth Allen*, 05-131 DLJ2