FILED

NOV 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DANA R. WAGNER (CSBN 209099)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3709
    Telefax:   (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILBERT WILLIAMS,<br>    Defendant. | No. CR 05-00130 DLJ |
| UNITED STATES OF AMERICA,<br>v.<br>KENNETH ALLEN and<br>WILBERT WILLIAMS,<br>    Defendants. | No. CR 05-00131 DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME UNDER<br>SPEEDY TRIAL ACT<br><br>Oakland Venue |
| UNITED STATES OF AMERICA,<br>v.<br>WILBERT WILLIAMS,<br>    Defendant. | No. CR 05-00132 DLJ |

//

1    Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before
2  the Court for status or trial setting on October 28, 2005. Recently, however, counsel for
3  all parties have agreed in principle to plea agreements that will resolve the outstanding
4  charges in the captioned cases. Thus, rather than proceed with a status or trial setting
5  appearance, the parties respectfully request that these matters be calendared for changes
6  of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel
7  for the United States will secure the required approval for the proposed plea agreements,
8  and defense counsel will consult with their respective clients and review the terms of the
9  proposed agreements with them. The parties agree that this time period is necessary to
10 provide the defense the reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties
12 also agree, and hereby stipulate, that the ends of justice are served by the Court excluding
13 this portion of time from the calculation of time under the Speedy Trial Act. The ends of
14 justice served by excluding that time period outweigh the best interests of the public and
15 the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

17 SO STIPULATED:

19 Dated: 10/31/05

    _____
    DANA R. WAGNER
    Assistant United States Attorney


23 Dated: _____

    _____
    ROBERT WAGGENER
    Attorney for Defendant Wilbert Williams


26 Dated: _____

    _____
    RICHARD A. TAMOR
    Attorney for Defendant Kenneth Allen

10/28/2005  15:55   5108744174   TAMOR & TAMOR   PAGE  03/04
OCT-28-2005  11:35                                            P.09

1  Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before
2  the Court for status or trial setting on October 28, 2005. Recently, however, counsel for
3  all parties have agreed in principle to plea agreements that will resolve the outstanding
4  charges in the captioned cases. Thus, rather than proceed with a status or trial setting
5  appearance, the parties respectfully request that these matters be calendared for changes
6  of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel
7  for the United States will secure the required approval for the proposed plea agreements,
8  and defense counsel will consult with their respective clients and review the terms of the
9  proposed agreements with them. The parties agree that this time period is necessary to
10 provide the defense the reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties
12 also agree, and hereby stipulate, that the ends of justice are served by the Court excluding
13 this portion of time from the calculation of time under the Speedy Trial Act. The ends of
14 justice served by excluding that time period outweigh the best interests of the public and
15 the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).
16
17 SO STIPULATED:
18
19 Dated:_____
20                                           DANA R. WAGNER
                                             Assistant United States Attorney
21
22
23 Dated:_____
                                             ROBERT WAGGENER
24                                           Attorney for Defendant Wilbert Williams
25
26 Dated: 10/28/05                            /s/ Richard A. Tamor
27                                           RICHARD A. TAMOR
                                             Attorney for Defendant Kenneth Allen
28
   For the reasons set forth above, the appearance for these related cases scheduled

1  Defendants Kenneth Allen and Wilbert Williams were scheduled to appear before
2  the Court for status or trial setting on October 28, 2005. Recently, however, counsel for
3  all parties have agreed in principle to plea agreements that will resolve the outstanding
4  charges in the captioned cases. Thus, rather than proceed with a status or trial setting
5  appearance, the parties respectfully request that these matters be calendared for changes
6  of plea on November 8, 2005, at 10:00 a.m. During the intervening time period, counsel
7  for the United States will secure the required approval for the proposed plea agreements,
8  and defense counsel will consult with their respective clients and review the terms of the
9  proposed agreements with them. The parties agree that this time period is necessary to
10 provide the defense the reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties
12 also agree, and hereby stipulate, that the ends of justice are served by the Court excluding
13 this portion of time from the calculation of time under the Speedy Trial Act. The ends of
14 justice served by excluding that time period outweigh the best interests of the public and
15 the Defendants in a speedy trial, in accordance with Title 18, Section 3161(h)(8)(A).

SO STIPULATED:

Dated: _____

DANA R. WAGNER
Assistant United States Attorney

Dated: 10/31/05

ROBERT WAGGENER
Attorney for Defendant Wilbert Williams

Dated: _____

RICHARD A. TAMOR
Attorney for Defendant Kenneth Allen

For the reasons set forth above, the appearance for these related cases scheduled for October 28, 2005, is hereby VACATED, and the cases shall be calendared for changes on plea on November 8, 2005, at 10:00 a.m. Furthermore, for the reasons set forth above, the Court finds and holds that the ends of justice served by excluding the time from October 28, 2005, to November 8, 2005, outweigh the best interests of the public and the Defendants in the rights set forth under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from October 28, 2005, to November 8, 2005, shall be excluded for the purposes of computing time within the Speedy Trial Act.

IT IS SO ORDERED:

Dated: 11-1-05

D. LOWELL JENSEN
United States District Judge