Richard A. Tamor, Esq.
TAMOR & TAMOR
Lake Merritt Plaza
1999 Harrison St., Suite 1400
Oakland, CA 94612
Telephone (510) 874-4170
Facsimile (510) 874-4174
www.TamorLaw.com

Attorneys for Defendant
KENNETH ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENETH ALLEN, et al. )<br>)<br>Defendants )<br>)<br>_____ ) | Case No. CR 05-000131 DLJ (WDB)<br><br>APPLICATION FOR ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT ALLEN TO TRAVEL TO EASTERN DISTRICT OF CALIFORNIA TO TAKE CAL TRANS TEST; ORDER |

    Defendant KENNETH ALLEN respectfully requests an Order modifying his conditions of release to allow him to travel to the Eastern District of California on December 17, 2005 or as soon thereafter as required by Cal Trans in order for him to take a Cal Trans written exam.

    1. U.S. Pre-Trial Services is currently supervising Mr. Allen who currently is on electronic monitoring that allows Mr. Allen to work. Mr. Allen's current release conditions do not allow him to travel to the Eastern District of California.

    2. I have spoken with Mr. Allen's Pre-trial Services Officer, Richard Sarlatte. Mr. Sarlatte said that Mr. Allen has been doing well on pre-trial services release and that he has no

1

1 objection to Mr. Allen's release conditions being modified to allow him to travel to the Eastern
2 District of California to take the Cal Trans exam on December 17, 2005.

3      3. I have spoken to AUSA Dana Wagner, the prosecutor in this matter, and AUSA
4 Wagner had no objection to Mr. Allen's release conditions being modified to allow him to travel
5 to the Eastern District of California to take the Cal Trans exam.

Dated: December 14, 2005
                             Respectfully Submitted,
                             TAMOR & TAMOR

                             _____/s/ Richard Tamor_____
                             By: Richard A. Tamor, Esq.
                             Attorneys for Defendant,
                             KENNETH ALLEN

## ORDER

**FOR GOOD CAUSE SHOWN,**

**Defendant, KENNETH ALLEN'S APPLICATION FOR ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW DEFENDANT ALLEN TO WORK is GRANTED.**

Mr. Allen shall be allowed to travel to the Eastern District of California as directed and supervised by Pre-Trial Services. All other terms and conditions of Mr. Allen's release shall remain the same.

**Dated: December 16, 2005**

                             _____
                            **Hon. Wayne D. Brazil**
                             **United States Magistrate Judge**