

**FILED**

DEC 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | Docket Number: CR 05-00131-01 DLJ |
| Kenneth Allen | ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 13, 2006___ be continued until ___March 3, 2006___ at ___10:00 a.m.___.

Date: ___Dec 22, 2005___

_____
D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04